# IN THE UNITED STATES DISTICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# GREENEVILLE DIVISION

TIMOTHY HOPSON SR.

PLAINTIFF,

VS.    CASE NUMBER:

GPM INVESTMENTS LLC

DEFENDANTS

---

## COMPLAINT

---

COMES NOW THE PLAINTIFF, TIMOTHY HOPSON SR., IN THIS COMPLAINT TO PRAY THE COURT TO FIND THE RESPONDANTS, GPM INVESTMENTS LLC. GUILTY OF DISCRIMINATION AND NEGLIGENCE, AND TO AWARD PLAINTIFF MONETARY JUDGEMENT IN THE AMOUNT OF $50,000 DOLLARS FOR LOST WAGES, AND AN ADDITIONAL $125,000.00 FOR PAIN AND SUFFERING. PLAINTIFF ALSO PRAYS THE COURT FOR ANY AND ALL OTHER RELIEF COURT MAY DEEM. PLEASE SEE FACTS 6 AND 7, AND ALSO EXHIBIT LABELED B ATTATCHED HERETO.

FACTS:

1. PLAINTIFF WAS HIRED BY RESPONDANTS AND BEGAN WORKING ON OCTOBER 31, 2022. AND MADE REPSONDANTS AWARE THAT HE HAD TO CALL HR TO GET AN INTERVIEW BECAUSE THE DISTRICT MANAGEE HAD REFUSED WITHOUT EVER MEETING THE PLAINTIFF. PLAINTIFF ALSO ADVISED HE HAD

UNCONTROLLED DIABETES AND A SERVICE ANIMAL AND THAT HIS RIGHT LEG WAS GIVING TROUBLE.

2. PLAINTIFF ADVISED HE WAS HAVING PROBLEMS STANDING AND BLOOD SUGAR HAD BEGAN TO SPIKE. NOTHING WAS SAID TO PLAINTIFF BUT DISRICT MANAGER HAD TOLD ANOTHER EMPLOYEE FROM ANOTHER STORE HE DIDNT APPROVE OF MY SERVICE ANIMAL BEING AT THE STORE NOR MY WIFE AND CARETAKER BEING THERE TO HELP ME AND HE WAS GONNA FIRE ME IF HE COULD FIND ANOTHER REASON.

3. PLAINTIFF CONTINUED TO ADVISE STORE MANAGER DISTRICT MANAGER THAT HE WAS HAVING DIFFICULTY STANDING AND NEEDED HELP BUT NONE WAS OFFERED. FINALLY PLAINTIFF SENT A MESSAGE TO TEAM LEAD AND DISTRICT MANAGER ADVISING AN EMERGENCY HAD COME UP AND NEEDED TO LEAVE. THE MESSAGES WERE SENT AT MIDNIGHT. HOWEVER AT 2 AM NO RESPONSE AND NO RELIEF HAD COME SO PLAINTIFF SHUT DOWN THE STORE AND LEFT. PLAINTIFF APPLIED TO DIFFERENT STORES AND ALSO TO ASSISTANT MANAGER POSITIONS IN WHICH HE WAS QUALIFIED BUT THE DISTRICT MANAGER ADVISED THE STORE MANAGERS THAT DUE TO AGE, AND HEALTH PLAINTIFF WAS TO NOT BE CONSIDERED AND TO PASS TO YOUNGER APPLICANTS

4. ON JANUARY 25,2023 PLAINTIFF STARTED HURTING SEVERELY AND COULDNT WALK DUE TO RIGHT LEG NOT HOLDING WEIGHT. THE EMERGENCY DEPARTMENT DID A CT SCAN WHICH REVEALED A SEVERELY HERNIATED DISC AT THE L5/S1 REGION OF THE SPINE WHICH HAD COLLAPSED THE SPINAL CANAL AND COMPLETELY PINCHED THE SCIATIC NERVE TO RIGHT LEG. THE ER DEPT REFERRED TO SURGEON FOR AN MRI AND IMMEDIATE SURGERY. ON MARCH 9,2023 PLAINTIFF UNDERWENT SURGERY TO CORRECT THE HERNIATED DISC AND WAS ADVISED THAT DUE TO THE SEVERETY OF DAMAGE TO NERVE AND SPINAL CANAL HE WOULD MOST LIKELY CONTINUE TO HAVE LIFE LONG TROUBLE AND PAIN.

5. PLAINTIFF IS ATTACHING HIS RIGHT TO SUE LETTER FROM THE EEOC.

6. RESPONDANTS ARE HEADQUARTERED IN RICHMOND VIRGINIA BUT ARE L8CENSED IN TENNESSEE AS WELL AND HAS A STATE OF TN FILING STATUS AS

FORIEGN. THUS EVERY BOARD MEMBER RESIDES OUTSIDE THE STATE OF TENNESSEE

7 PLAINTIFF IS A RESIDENT OF TENNESSEE, AND RESIDES AT 104 DUGGER ST. HAMPTON,TN. 37658. THIS COURT HAS JURSDICTION TO HEAR THIS CASE.

GROUNDS:

BASIS OF SUIT ARE:DISCRIMINATION ASDEFINED IN TCS CODE: 8-50-103 (2021). 50-6-108 (2021), 50-10-103 (2021). THESE GROUNDS ARE USED TO SUPPORT PLAINTIFF'S CLAIMS FOR RELIEF.

RESPECTFULLY SUBMITTED,

TIMOTHY HOPSON SR.

104 dugger st.

Hampton, tn.37658

423-297-2130

tntconstruction73@Gmail.com

PLAINTIFF

CERTIFICATE Of SERVICE

I HEREBY CERTIFY THAT A TRUE AND EXACT COPY OF THIS MOTION WAS SENT TO THE FOLLOWING THIS 14th DAY OF August, 2023.

GPM INVESTMENTS

8565 MAGELLAN PRKWY STE 400

RICHMOND, VA. 23227