UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| TIMOTHY HOPSON, SR., | ) |
| *Plaintiff*, | ) Case No. 2:23-cv-105 |
| v. | ) Judge Travis R. McDonough |
| GPM INVESTMENTS, LLC, | ) Magistrate Judge Cynthia R. Wyrick |
| *Defendant*. | ) |

## JUDGMENT ORDER

Consistent with the contemporaneously filed memorandum and order, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Wyrick's report and recommendation (Doc. 5), and this action is therefore **DISMISSED WITHOUT PREJUDICE**. The Clerk is hereby **DIRECTED** to **CLOSE** the case.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ LeAnna R. Wilson
 CLERK OF COURT